IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON L. BELL | : CIVIL ACTION |
| v. | : No. 13-5533 |
| UNITED STATES OF AMERICA, et al. | : |

**ORDER**

FILED
OCT 24 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

AND NOW, this 24th day of October, 2013, upon consideration of Plaintiff's motion to proceed in forma pauperis and his pro se complaint, IT IS ORDERED:

1. Plaintiff's motion to proceed in forma pauperis is GRANTED.

2. Plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) & (ii) for the reasons discussed in the Court's Memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

/s/ Juan R. Sánchez, J.